# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00650-RJC-DSC

| | |
|---|---|
| TAMELA T WALLACE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  **ORDER**<br>) |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the "Consent Motion to Stay and Amend Scheduling Order" (document #42) filed June 8, 2018.

After conferring with the chambers of the Honorable Robert J. Conrad, Jr., it is hereby **ORDERED** that the Motion is **GRANTED.** That is, the Court will stay the pretrial deadlines until an order is entered on Defendant's pending Motion for Summary Judgment.

The Clerk is directed to send copies of this Order to counsel of record <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED.**

Signed: June 11, 2018

David S. Cayer
United States Magistrate Judge